PEOPLE, PLAINTIFF AND APPELLEE, *v.* COLÓN, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Ponce in a Prosecution for Violation of the.Civil Service Law.

No. 1116.—Decided July 9, 1917.

Decided on the grounds of the opinion delivered in Case No. 1084, *People* v. *Wys, ante.*

The appellant did not appear.

*Mr. Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The information in this case does not differ materially from the information in *People* v. *Wys,* just decided. The defendant pleaded guilty, but appealed from the judgment. As the information states no public offense, the conviction, despite the plea of guilty, must be reversed in conformance with the principles laid down in the case of *People* v. *García,* 23 P. R. R. 678.

*Reversed.*

Chief Justice Hernández and Justice Aldrey concurred.
Justices del Toro and Hutchison dissented.